DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

J. TONY SERRA,
State Bar Number 32639
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591
Fax:         415/421-1331

Attorneys for Defendant
DONNIE JOE PHILLIPS

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

      v.

DONNIE JOE PHILLIPS, et al.,

    Defendants.

**CASE NO. 2:15-CR-0081 JAM**

**AMENDED STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY RELEASE TO ATTEND FUNERAL SERVICES**

    Defendant, Donnie Joe Phillips, by and through his counsel, DAVID W. DRATMAN AND J. TONY SERRA, and the United States Government, by and through its counsel, JASON HITT, Assistant United States Attorney, hereby stipulate to the following:

    Mr. Phillips may be released temporarily on Saturday, August 29, 2015, from 12:00 p.m. to 10:00 p.m. to attend memorial services for his daughter, Heather Grace

Phillips, who passed away on August 19, 2015. Mr. Phillips is currently in custody at the Colusa County Jail and this matter is next scheduled for October 6, 2015 at 9:15 a.m. for a status conference.

The memorial service is scheduled for August 29, 2015 at 3:00 p.m. at the residence of Heather's grandmother, located at 6027 Steadman Place, Elk Grove.

The government does not oppose this request so long as Mr. Phillips is accompanied during the entire period of his temporary release by an investigator. Therefore, attorney David W. Dratman has arranged for investigator Jeffrey J. Wells, to accompany Mr. Phillips to the funeral.

Mr. Wells will pick up Mr. Phillips at the Colusa County Jail, transport him to the memorial service, and return him to the Colusa County Jail no later than 10:00 p.m. Mr. Phillips will remain in the custody of Mr. Wells the entire time of his release. Mr. Wells will keep strict control over Mr. Phillips at all times.

For the above reasons, Defendant Donnie Joe Phillips respectfully requests that the Court order his temporary release.

DATE: August 25, 2015          /s/ David W. Dratman
                               DAVID W. DRATMAN
                               J. TONY SERRA
                               Attorneys for Defendant
                               DONNIE JOE PHILLIPS


DATE: August 25, 2015          /s/ Jason Hitt
                               JASON HITT
                               Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.


DATED: August 25, 2015.
                               EDMUND F. BRENNAN
                               UNITED STATES MAGISTRATE JUDGE