DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

J. TONY SERRA,
State Bar Number 32639
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591
Fax: 415/421-1331

Attorneys for Defendant
DONNIE JOE PHILLIPS

# IN THE UNITED STATES OF DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONNIE JOE PHILLIPS, et al.,<br><br>Defendants. | CASE NO. 2:15-CR-00081 JAM<br><br>**STIPULATION AND AND ORDER FOR RESETTING SCHEDULE ON DEFENDANT PHILLIPS' MOTION TO SUPPRESS** |

Defendant, Donnie Joe Phillips, by and through his counsel, DAVID W. DRATMAN AND J. TONY SERRA, and the United States Government, by and through its counsel, JASON HITT, Assistant United States Attorney, hereby stipulate that the schedule for the previously filed Motion to Suppress by Mr. Phillips be reset in accordance with the Order of this Court filed October 18, 2016 (ECF #31) and that the

hearing date of December 13, 2016 at 9:15 a.m. be vacated and reset to Tuesday, February 28, 2017 at 9:15 a.m.

IT IS SO STIPULATED.

| | |
|---|---|
| DATE: November 2, 2016 | /s/ David W. Dratman |
| | DAVID W. DRATMAN |
| | J. TONY SERRA |
| | Attorneys for Defendant |
| | DONNIE JOE PHILLIPS |
| | Acting United States Attorney |
| | |
| DATE: November 2, 2016 | PHILLIP A. TALBERT |
| | Acting United States Attorney |
| | |
| | /s/ Jason Hitt |
| | JASON HITT |
| | Assistant U.S. Attorney |

**ORDER**

IT IS SO ORDERED.

| | |
|---|---|
| DATE: 11/2/2016 | /s/ John A. Mendez |
| | HON. JOHN A. MENDEZ |
| | UNITED STATES DISTRICT COURT JUDGE |