1  PHILLIP A. TALBERT
   United States Attorney
2  JASON HITT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-0081 JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO SUPPRESS EVIDENCE |
| v. | |
| DONNIE JOE PHILLIPS, ET AL., | |
| Defendants. | |

# STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant Donnie Joe PHILLIPS, by and through defendant's counsel of record, stipulate and agree that the briefing schedule for defendant's motion to suppress evidence should be reset according to the following schedule:

> Government's Opposition: March 14, 2017
> Defendant's Reply: March 21, 2017
> Hearing on Motion: March 28, 2017 at 9:15 a.m.

IT IS SO STIPULATED.

PHILLIP A. TALBERT
United States Attorney

Dated: February 16, 2017

/s/ JASON HITT
JASON HITT
Assistant United States Attorney

Dated: February 16, 2017

/s/ J. TONY SERRA, Esq.
J. TONY SERRA, Esq.
Counsel for Defendant, authorized to sign for Mr. Serra on February 15, 2017

# ORDER

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

The briefing schedule on defendant's motion to suppress evidence is revised as follows:

        Government's Opposition:    March 14, 2017

        Defendant's Reply:    March 21, 2017

        Hearing on Motion:    March 28, 2017 at 9:15 a.m.

**IT IS SO ORDERED**.

DATED: 2/17/2017        /s/ John A. Mendez
        JOHN A. MENDEZ
        United States District Court Judge

STIPULATION REGARDING BRIEFING
SCHEDULE ON DEFENDANT'S MOTION