PHILLIP A. TALBERT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
MAR -8 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONNIE JOE PHILLIPS, ET AL.,

    Defendants.

CASE NO. 2:15-CR-0081 JAM

STIPULATION AND [PROPOSED] ORDER RESETTING TRIAL AND TRIAL CONFIRMATION

STIPULATION RESETTING TRIAL AND TRIAL CONFIRMATION

1

# STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant Donnie Joe PHILLIPS, by and through counsel of record, J. Tony Serra, Esq., and David W. Dratman, Esq., and defendant Gordon MILLER, by and through counsel of record, Robert M. Holley, Esq., and defendant Phyliss MOSHER, by and through her counsel of record, Olaf Hedberg, Esq., stipulate and agree that the currently-set trial date of April 17, 2017, should be continued to July 31, 2017, at 9:00 a.m., and a trial confirmation date be set for June 20, 2017, at 9:15 a.m.

The parties further stipulate that the time period from April 17, 2017, up to and including the new trial date of July 31, 2017, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, the defendants agree that they need additional time to prepare for trial, including the research and filing of potential pretrial motions, and further investigate potential defense witnesses and evidence to be presented at the trial of this defendant. Defendant MILLER has retained an expert who is conducting investigation for defendant MILLER. In addition, defendant PHILLIPS currently has a pending motion to suppress evidence and the briefing schedule for that

motion will require additional time before the currently-set trial date. For these reasons, the defendants, defense counsel, and the United States stipulate and agree that the ends of justice outweigh the best interest of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A); Local Code T4.

IT IS SO STIPULATED.

PHILLIP A. TALBERT
United States Attorney

Dated: March 7, 2017

/s/ JASON HITT
JASON HITT
Assistant United States Attorney

Dated: March 7, 2017

/s/OLAF HEDBERG, Esq.
OLAF HEDBERG, Esq.
Counsel for Defendant, authorized to sign for Mr. Hedberg on March 7, 2017

Dated: March 7, 2017

/s/DAVID W. DRATMAN, Esq.
DAVID W. DRATMAN, Esq.
Counsel for Defendant, authorized to sign for Mr. Dratman on March 7, 2017

Dated: March 7, 2017

/s/J. TONY SERRA, Esq.
J. TONY SERRA, Esq.
Counsel for Defendant, authorized to sign for Mr. Serra on March 7, 2017

Dated: March 7, 2017

/s/ROBERT M. HOLLEY, Esq.
ROBERT M. HOLLEY, Esq.
Counsel for Defendant, authorized to sign for Mr. Holley on March 7, 2017

# ORDER

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The trial date of April 17, 2017, is vacated and reset to July 31, 2017, at 9:00 a.m.;
2. Trial confirmation will be held on June 20, 2017, at 9:15 a.m.
3. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from April 17, 2017, up to and including July 31, 2017.

*JAM No further continuances by stipulation will be permitted by the Court.*

**IT IS SO ORDERED.**

DATED: 3-8-2017

JOHN A. MENDEZ
United States District Judge