DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

J. TONY SERRA,
State Bar Number 32639
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591
Fax: 415/421-1331

Attorneys for Defendant
DONNIE JOE PHILLIPS

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00081 JAM |
| Plaintiff, | **STIPULATION AND ORDER FOR RESETTING SCHEDULE ON DEFENDANT PHILLIPS' MOTION TO SUPPRESS** |
| v. | |
| DONNIE JOE PHILLIPS, et al., | |
| Defendants. | |

Defendant, Donnie Joe Phillips, by and through his counsel, DAVID W. DRATMAN AND J. TONY SERRA, and the United States Government, by and through its counsel, JASON HITT, Assistant United States Attorney, hereby stipulate that the schedule for the previously filed Motion to Suppress by Mr. Phillips be reset to permit counsel for Mr. Phillips to file a reply by May 30, 2017 with a hearing on the motion to suppress to commence on June 13, 2017 at 9:15 a.m. It is also stipulated that

the hearing on the Motion to Suppress currently scheduled for March 28, 2017 at 9:15 a.m. be vacated.

    IT IS SO STIPULATED.

DATE: March 21, 2017        /s/ David W. Dratman
                                       DAVID W. DRATMAN
                                       J. TONY SERRA
                                       Attorneys for Defendant
                                       DONNIE JOE PHILLIPS
                                       Acting United States Attorney

DATE: March 21, 2017        PHILLIP A. TALBERT
                                       Acting United States Attorney

                                       /s/ Jason Hitt
                                       JASON HITT
                                       Assistant U.S. Attorney

**ORDER**

    IT IS SO ORDERED.

DATE: 3/22/2017             /s/ John A. Mendez
                                       HON. JOHN A. MENDEZ
                                       UNITED STATES DISTRICT COURT JUDGE