McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-81-JAM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| DONNIE PHILLIPS, et al., | |
| Defendants. | |

IT IS HEREBY ORDERED that the government's request for access to the sealed portions of the jury trial transcripts, CR 149 at 306–17, is GRANTED.

IT IS FURTHER ORDERED that Court Reporter Kacy Parker Barajas provide to the government those sealed portions of the transcript.

IT IS SO ORDERED.

DATED: June 26, 2020                    /s/ John A. Mendez_____
                                        HON. JOHN A. MENDEZ
                                        U.S. District Court Judge